USCA1 Opinion

 

  [Not for Publication] [Not for Publication] United States Court of Appeals United States Court of Appeals For the First Circuit For the First Circuit ____________________ No. 96-1321 GORDON VIOLA, Plaintiff - Appellant, v. FLEET BANK OF MAINE, ET AL., Defendants - Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. David M. Cohen, U.S. Magistrate Judge] _____________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Michael J. Waxman on brief for appellant. _________________ Jacqueline W. Rider, Michael T. Healy, and Verrill & Dana on ____________________ _________________ _______________ brief for appellee. ____________________ August 22, 1996  ____________________ Per Curiam. We have considered the parties' briefs Per Curiam __________ and the record on appeal. We affirm essentially for the reasons stated in the magistrate judge's opinion, dated February 27, 1996. Affirmed. See 1st Cir. R. 27.1. Costs Affirmed Costs ________ _____ to appellee. to appellee ___________ -2- 2